IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES E. McDONALD, *ex rel.*, *et al.*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. H-10-3850 |
| DENNIS W. RICHARDS, | § § | |
| Defendant. | § § | |

## ORDER

Benjamin Eustachon is no longer the lawyer representing the plaintiffs. They must either proceed *pro se* or retain new counsel who must file a notice of appearance by **November 20, 2012**. The status conference set for November 5, 2012 is canceled. It is reset for **December 20, 2012**, at 8:30 a.m.

SIGNED on October 18, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge